IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY GRAVES BEY,

      Plaintiff,                    No. CIV S-08-2641 EFB P

    vs.

A. HEDGEPETH, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff, a state prisoner without counsel, has filed a civil rights action. *See* 42 U.S.C. § 1983.

      Plaintiff alleges a violation of his civil rights in Kern County, California. Kern County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 3-120(d). Plaintiff has not submitted a request to proceed *in forma pauperis*.

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the Fresno Division.

/////

/////

/////

/////

1

1   2. The Clerk of Court shall assign a new case number.

2   3. All future filings shall bear the new case number and shall be filed at:

3   United States District Court
    Eastern District of California
4   2500 Tulare Street
    Fresno, CA 93721

6   DATED: November 12, 2008.

    _____
    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE