1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RODNEY GRAVES BEY,                        1:08-cv-01718-LJO-GSA (PC)

12            Plaintiff,                        ORDER STRIKING UNSIGNED FILING

13        vs.                                   (Doc. 2)

14   A. HEDGEPETH, et al.,

15            Defendants.

16   _____/

17        Plaintiff filed this action on November 5, 2008.  Along with the complaint, the Clerk's Office

18   filed a note from Plaintiff.  The note, which in part requests an in forma pauperis application, is not

19   signed.  The Court cannot consider any unsigned filings, Local Rule 7-131; Fed. R. Civ. P. 11(a), and

20   it is HEREBY STRICKEN from the record.

21

22        IT IS SO ORDERED.

23   Dated:    December 12, 2008              /s/ Gary S. Austin
                                              UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

-1-