# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY A. GRAVES-BEY, | CASE NO. 1:08-cv-01718-LJO-GSA PC |
| Plaintiff, | ORDER GRANTING MOTION IN PART, AND DIRECTING CLERK'S OFFICE TO SEND COPY OF DOCKET TO PLAINTIFF |
| v. | |
| WARDEN A. HEDGEPETH, et al., | (Doc. 26) |
| Defendants. | |

Plaintiff Rodney A. Graves-Bey ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 25, 2009, Plaintiff filed a motion seeking re-service of the orders issued in this case due to theft of Plaintiff's mail.

It appears from Plaintiff's motion that he is aware of the Court's screening order, which was filed on February 17, 2009. The Court declines to re-serve all of the orders in this case based on a potentially unfounded concern that Plaintiff has not received some of the orders. The Court will instead provide Plaintiff with a copy of docket.

Plaintiff's motion is GRANTED IN PART, and the Clerk's Office is DIRECTED to send Plaintiff a copy of the docket.

IT IS SO ORDERED.

Dated: **February 27, 2009**          /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE