IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY GRAVES BEY, | 1:08-cv-01718-LJO-GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME |
| vs. | TO FILE AMENDED COMPLAINT |
| A. HEDGEPETH, et al., | (Motion#30) |
| Defendants. | 30-DAY DEADLINE |

On April 1, 2009, plaintiff filed a motion to extend time to file an amended complaint in compliance with the Court's order of February 17, 2009. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated: **April 2, 2009**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE