# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY GRAVES BEY, | 1:08-cv-01718-LJO-GSA-PC |
| Plaintiff, | |
| v. | ORDER STRIKING PLAINTIFF'S SURREPLY |
| WARDEN A. HEDGEPETH, et al., | (Doc. 74.) |
| Defendants. | |
| _____ / | |

Rodney Graves Bey ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action on November 5, 2008. (Doc. 1.) This action now proceeds on the First Amended Complaint filed on May 11, 2009, against defendant C/O Spry ("Defendant") for retaliation in violation of the First Amendment.[1]

On June 16, 2010, Defendant filed a motion to dismiss this action for failure to exhaust remedies. (Doc. 64.) Plaintiff filed an opposition on July 13, 2010, and Defendant filed a reply on July 21, 2010. (Docs. 68, 70.) On August 11, 2010, Plaintiff filed a surreply. (Doc. 74.)

---

[1] All other claims and defendants were dismissed from this action by the Court on December 3, 2009. (Doc. 44.)

1

    The Local Rules provide for a motion, an opposition, and a reply.  Neither the Local Rules nor the Federal Rules provide the right to file a surreply, and the Court neither requested one nor granted a request on the behalf of Plaintiff to file one.  Accordingly, Plaintiff's surreply, filed August 11, 2010, shall be stricken from the record.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's surreply, filed August 3, 2010, is STRICKEN from the Court's record.


    IT IS SO ORDERED.

    Dated:   **November 19, 2010**                        **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE